UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

KULWINDER SINGH MANGAT,

Plaintiff,

v.

BANK OF AMERICA, N.A.,

Defendant.

Case No. 2:25-cv-02367-RSM

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This matter having come before the Court upon the parties' stipulated motion for extension of time for defendant Bank of America, N.A. to Respond to Complaint (the "Motion"), the Court finds that the Motion provides good cause for its requested extension.

It is hereby ORDERED that the Motion is GRANTED. Defendant Bank of America N.A. is authorized to answer or otherwise respond to plaintiff Kulwinder Singh Mangat's complaint on or before January 19, 2026.

DATED this 30th day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE